# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| SANTANDER CONSUMER USA, INC., *Plaintiff,* | § | |
| v. | § | Civil Action No. |
| CROWN DODGE, INC., *Defendant*. | § | |

**INDEX OF ALL ATTACHED DOCUMENTS**


| Exhibit | Description | Pages |
|---|---|---|
| A | Index of All Attached Documents | 01-02 |
| B | Index of State Court Pleadings | 03-04 |
| B-1 | Plaintiff's Original Petition | 05-13 |
| B-2 | Plaintiff's State Civil Cover Sheet | 14-15 |
| B-3 | Issued Citation on Crown Dodge, Inc. | 16-18 |
| B-4 | Return of Service of Citation on Crown Dodge, Inc. | 19-22 |
| B-5 | Defendant Crown Dodge, Inc.'s General Denial | 23-28 |
| C | State Court Docket | 29-32 |
| D | List of Counsel of Record | 33-34 |