# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| SANTANDER CONSUMER USA, INC., | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | |
| CROWN DODGE, INC., *Defendant*. | § | |
| | § | |
| | § | |
| | § | |

**INDEX OF STATE COURT PLEADINGS**

| Exhibit | Description | Pages |
|---|---|---|
| B-1 | Plaintiff's Original Petition | 05-13 |
| B-2 | Case Filing Cover Sheet | 14-15 |
| B-3 | Request for Issuance of Service of Citation | 16-18 |
| B-4 | Return of Service of Citation on Crown Dodge, Inc. | 19-22 |
| B-5 | Defendant Crown Dodge, Inc.'s General Denial | 23-28 |