# EXHIBIT B-4

FILED
7/29/2026 6:19 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Benjamin Sims DEPUTY

**CAUSE NO. DC-26-11914**

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA, INC.,** | § | **IN THE DISTRICT COURT** |
| ***Plaintiff,*** | § | |
| *vs.* | § | **68TH JUDICIAL DISTRICT** |
| **CROWN DODGE, INC.,** | § | |
| ***Defendant.*** | § | **DALLAS COUNTY, TEXAS** |

**RETURN OF SERVICE**

Came to my hand on **Monday, July 6, 2026 at 11:05 AM,**
Executed at: **6300 KING STREET, VENTURA, CA 93003**
at **9:34 AM,** on **Tuesday, July 7, 2026,** by delivering to the within named:

**CROWN DODGE, INC.**

by personally delivering to **Registered Agent, DANIEL S WALLIS**
a true copy of this

**CITATION and PLAINTIFF'S ORIGINAL PETITION with EXHIBIT 1**

My name is RONALD R. REZAC. My business address is 15345 Fairfield Ranch Rd, #200, Chino Hills, CA 91709 in the county of San Bernardino, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____________JULY 24TH__________________, 2026

By: ______________________
**RONALD R. REZAC – Reg. No. 569 Ventura County**
**served-sd@proceedlegal.com**

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**To: CROWN DODGE, INC.**
**BY SERVING ITS REGISTERED AGENT DANIEL S WALLIS**
**6300 KING STREET**
**VENTURA CA 93003**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **68th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **SANTANDER CONSUMER USA, INC.**

Filed in said Court **29th day of June, 2026** against

**CROWN DODGE, INC.**

For Suit, said suit being numbered **DC-26-11914,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 30th day of June, 2026**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By [signature: Gay Lane], Deputy
**GAY LANE**

**ESERVE**

## CITATION

**No.: DC-26-11914**

**SANTANDER CONSUMER USA, INC.**
**vs.**
**CROWN DODGE, INC.**

**ISSUED**
**on this the 30th day of June, 2026**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **GAY LANE**, Deputy

**Attorney for Plaintiff**
**DONALD EDWARD HILL**
6060 N CENTRAL EXPY STE 500
DALLAS TX 75206-5249
214-800-3492
dhill@rowletthill.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Cause No. DC-26-11914

Court No.: 68th District Court

Style: SANTANDER CONSUMER USA, INC.
vs.
CROWN DODGE, INC.

Came to hand on the ________________day of ______________________, 20________, at ________o'clock ________.M. Executed at ________________________________________, within the County of __________________ at __________ o'clock ______ .M. on the _____________day of____________________, 20_______, by delivering to the within named

________________________________________________________________________________

________________________________________________________________________________

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _________miles and my fees are as follows: To certify which witness my hand.

For serving Citation $__________ ________________________________________

For mileage $__________ of_______________ County, _________________

For Notary $__________ By________________________________ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said____________________________ before me this______ day of ____________________,

20______, to certify which witness my hand and seal of office.

RETURN / AFFIDAVIT PROOF / ATTACHED

______________________________

Notary Public_________ County__________