# EXHIBIT B-5

**CAUSE NO. DC-26-11914**

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA, INC.** | § | **IN THE DISTRICT COURT OF** |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CROWN DODGE, INC.** | § | **68th JUDICIAL DISTRICT** |
| | § | |
| | § | |
| ***Defendants*.** | § | |
| | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| | § | |

---

**DEFENDANT CROWN DODGE, INC.'S ORIGINAL ANSWER**

---

COMES NOW, Crown Dodge, Inc. ("Defendant"), Defendant, and files its Original Answer ("Answer") to Plaintiff Santander Consumer USA, Inc.'s ( "Plaintiff") Original Petition ("Petition"), and would respectfully show the Court as follows:

**I.**
**GENERAL DENIAL/CLAIMS**

Under Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant denies each and every, all and singular, of the material allegations contained in Plaintiff's Petition and any amendment and/or supplement thereto, and demands strict proof of each and every allegation by a preponderance of the evidence, except where the law imposes a higher burden of proof. Defendant reserves the right to amend this general denial, assert defenses and affirmative defenses, pleas in avoidance, and counterclaims.

Plaintiff has failed to perform and satisfy all conditions precedent, including to bring this action.

Defendant seeks attorneys' fees under the express language of the agreement and under Texas CPRC chapter 38.001.

## III.
## JURY DEMAND

Defendant hereby demands a jury trial in this matter.

## IV.
## NOTICE PURSUANT TO TEXAS RULE OF CIVIL PROCEDURE 193.7

Pursuant to Rule 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant serves notice on Plaintiff and all other parties that Defendant intend to use Plaintiff's discovery responses and document production, as well as the discovery responses and documents production of all other parties, during any and all pretrial proceedings and in the trial of this suit.

## V.
## PRAYER

Defendant prays that Plaintiff takes nothing by way of their claims, that Defendant recover its costs and expenses and attorneys' fees as allowed by law, and for such other and further general relief, at law or in equity, to which the evidence may show Defendant justly entitled.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Michael John Ramirez*
**MICHAEL JOHN RAMIREZ**
State Bar No. 788238
mramirez@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
(214) 231-4660 Telephone
(214) 461-4053 Facsimile

**ATTORNEYS FOR DEFENDANT**
**CROWN DODGE, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2026, a copy of the foregoing document was served on all counsel of record via this Court's e-filing system.

*/s/ Michael John Ramirez*
**MICHAEL JOHN RAMIREZ**

[redacted]

**From:** no-reply@efilingmail.tylertech.cloud
**Sent:** Thursday, August 6, 2026 1:58 PM
**To:** Lexi Tigert
**Subject:** Filing Submitted for Case: DC-26-11914; SANTANDER CONSUMER USA, INC. vs. CROWN DODGE, INC.; Envelope Number: 118311703

# Filing Submitted

Envelope Number: 118311703
Case Number: DC-26-11914
Case Style: SANTANDER CONSUMER USA, INC. vs. CROWN DODGE, INC.

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Dallas County - District Clerk - Civil |
| **Date/Time Submitted** | 8/6/2026 1:56 PM CST |
| **Filing Type** | Answer/Response |
| **Filing Description** | Defendant Crown Dodge, Inc.'s Original Answer |
| **Type of Filing** | EFileAndServe |
| **Filed By** | Lexi Tigert |
| **Filing Attorney** | |

**Fee Details**

Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.

If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days).

This envelope is pending review and fees may change.

| | |
|---|---|
| Case Fee Information | $4.00 |
| Payment Service Fees | $1.00 |
| Provider Service Fees | $3.00 |
| Answer/Response | $0.00 |

**Total:**$4.00 (The envelope still has pending filings and the fees are subject to change)

**Document Details**

| | |
|---|---|
| **Lead Document** | 20260806185517926_1113391_General Denial Draft.pdf |
| **Lead Document Page Count** | 3 |
| **File Copy** | Download Document |
| This link is active for 45 days. | |

For technical assistance, contact your service provider

Online: www.fileandservetexas.com
Phone: (888) 529-7587
Available 24x7 and online with chat

Please do not reply to this email. It was automatically generated.