# EXHIBIT C

## Case Information

DC-26-11914 | SANTANDER CONSUMER USA, INC. vs. CROWN DODGE, INC.

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-26-11914 | 68th District Court | HOFFMAN, MARTIN |
| File Date | Case Type | Case Status |
| 06/29/2026 | CNTR CNSMR COM DEBT | OPEN |

## Party

PLAINTIFF
SANTANDER CONSUMER USA, INC.

Active Attorneys
Lead Attorney
HILL, DONALD EDWARD
Retained

DEFENDANT
CROWN DODGE, INC.

## Events and Hearings

06/29/2026 NEW CASE FILED (OCA) - CIVIL

06/29/2026 ORIGINAL PETITION

PLAINTIFF'S ORIGINAL PETITION

06/29/2026 CASE FILING COVER SHEET

CivilCaseInfoSheet.pdf

06/29/2026 ISSUE CITATION

ISSUE CITATION-CROWN DODGE INC

06/30/2026 CITATION

Served
07/07/2026

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
07/29/2026
Comment
CROWN DODGE INC.

07/29/2026 RETURN OF SERVICE

EXECUTED CITATION - CROWN DODGE INC

Comment
EXECUTED CITATION - CROWN DODGE INC

09/28/2026 DISMISSAL FOR WANT OF PROSECUTION

Judicial Officer
HOFFMAN, MARTIN

Hearing Time
8:58 AM

Comment
1ST SETTING ON DWOP - EITHER DEFT HAS NOT BEEN SERV'D OR A DFLT IS NEEDED - MLD NTC TO PLT ATTY

## Financial

SANTANDER CONSUMER USA, INC.

| | |
|---|---|
| Total Financial Assessment | $358.00 |
| Total Payments and Credits | $358.00 |

| | | | | |
|---|---|---|---|---|
| 6/30/2026 | Transaction Assessment | | | $358.00 |
| 6/30/2026 | CREDIT CARD - TEXFILE (DC) | Receipt # 45069-2026-DCLK | SANTANDER CONSUMER USA, INC. | ($221.00) |
| 6/30/2026 | STATE CREDIT | | | ($137.00) |

## Documents

CivilCaseInfoSheet.pdf

PLAINTIFF'S ORIGINAL PETITION

ISSUE CITATION-CROWN DODGE INC

EXECUTED CITATION - CROWN DODGE INC