# EXHIBIT D

**COUNSEL OF RECORD**


**ATTORNEY FOR PLAINTIFF SANTANDER CONSUMER USA, INC.**

**DONALD E. HILL**
State Bar No. 24007364
dhill@rowletthill.com

ROWLETT HILL COLLINS LLP
6060 Central Exp., Suite 500
Dallas, Texas 75206
214-800-3492 (Telephone)

**ATTORNEYS FOR DEFENDANT CROWN DODGE, INC.**

**MICHAEL J. RAMIREZ**
State Bar No. 00788238
mramirez@grsm.com

GORDON REES SCULLY MANSUKHANI, LLP
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
214-231-4660 (Telephone)
214-461-4053 (Facsimile)